# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-187
_____

THOMAS JOHN ELLSWORTH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

January 7, 2019

PER CURIAM.

AFFIRMED. *See Presley v. State*, 227 So. 3d 95, 107-08 (Fla. 2017) (holding that "law enforcement officers may detain a vehicle's passengers for the reasonable duration of a traffic stop without violating the Fourth Amendment").

ROWE, BILBREY, and WINSOR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Andy Thomas, Public Defender, Laurel Cornell Niles and Lori A. Willner, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tabitha Herrera and Kaitlin Weiss, Assistant Attorneys General, Tallahassee, for Appellee.